## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:22-CV-1559

Plaintiff:
**Jacob Underwood**

vs.

Defendant:
**Clean Plate Hospitality LLC d/b/a Reel Seafood and David Silverman**

For:
Alan Garber
The Garber Law Firm
4494 Lower Roswell Rd
Ste 14
Marietta, GA 30068

Received by Perma Investigations on the 24th day of May, 2022 at 10:45 am to be served on **Clean Plate Hospitality LLC d/b/a Reel Seafood c/o David Silverman - Reg Agent, 8670 Main St, Suite 1, Woodstock, GA 30188**.

I, Kristian Blakeney, being duly sworn, depose and say that on the **24th day of May, 2022** at **5:52 pm, I:**

served Clean Plate Hospitality LLC d/b/a Reel Seafood c/o David Silverman - Reg Agent by delivering a true copy of the **Summons in a Civil Action, Complaint** to: **David Silverman** as **Authorized to Accept** for **Clean Plate Hospitality LLC d/b/a Reel Seafood**, at the address of: **8670 Main St, Suite 1, Woodstock, GA 30188**.

**Additional Information pertaining to this Service:**
5/24/2022  5:52 pm  Perfected corporate service at 8670 Main St, Suite 1, Woodstock, GA 30188, by leaving papers with David Silverman.

I am an agent of Perma Investigations and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and I have been appointed by this Court to serve process.

Subscribed and Sworn to before me on the 25th day of May, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Kristian Blakeney**
Perma

Perma Investigations
2020 Hembree Grove Drive
Roswell, GA 30076
(770) 664-8005

Our Job Serial Number: ANC-2022004831
Ref: Underwood

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i