IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JACOB UNDERWOOD,

    Plaintiff,

v.                                          Case No. 1:22-cv-01559-JPB

CLEAN PLATE HOSPITALITY LLC, d/b/a REEL SEAFOOD, and DAVID SILVERMAN,

    Defendants.
_____/

## CERTIFICATE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES

Defendants Clean Plate Hospitality LLC, d/b/a Reel Seafood, and David Silverman ("Defendants"), by and through undersigned counsel, hereby certifies that they served their Initial Disclosures pursuant to Local Rule 26.1 Initial Disclosures by serving a true and correct copy via email to

    Alan H. Garber
    Marc N. Garber
    THE GARBER LAW FIRM, P.C.
    ahgarber@garberlaw.net
    mngarber@garberlaw.net

Dated this 19th day of August, 2022.

>Respectfully submitted,
>SPIRE LAW, LLC
>2572 W. State Road 426, Suite2088
>Oviedo, Florida 32765
>
>>By:/s/ Ian E. Smith
>>Ian Smith, Esq.
>>Georgia Bar No. 661492
>>ian@spirelawfirm.com
>>Whitney M. DuPree, Esq.
>>Georgia Bar No. 880909
>>*Attorneys for Defendants | Clean Plate Hospitality LLC d/b/a Reel Seafood and David Silverman*